UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFF STORIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-07-1297-R |
| ) | |
| GRAINBELT CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

COMES NOW Defendant, Grainbelt Corporation, by and through its attorneys, and hereby gives notice that on March 23, 2009, the parties reached a Settlement Agreement as a result of a mediation conducted on that date.

The parties are in the process of completing the appropriate settlement documents and will provide the Court with a Stipulation for Dismissal with Prejudice, and Proposed Order thereon, in the future.

Respectfully submitted,

s/ Theodore J. Williams, Jr.
Theodore J. Williams, Jr.
 OBA #20956
Williams Venker & Sanders LLC
Attorney for Defendant,
Grainbelt Corporation
100 N. Broadway, 21st Floor
St. Louis, MO 63102
(314) 345-5000
(314) 345-5033 (Fax)
twilliams@wvslaw.com

- and -

-2-

> OF COUNSEL:
>
> Richard C. Ford
> Crowe & Dunlevy
> Attorneys for Defendant,
> Grainbelt Corporation
> 20 N. Broadway, Suite 1800
> Oklahoma City, OK 73102
> (405) 235-7749
> (405) 272-5270 (Fax)
> richard.ford@crowedunlevy.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2009, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Phillip P. Owens II
Chris Harper, Inc.
P.O. Box 5888
Edmond, OK 73083-5888

Steve Young
Tavormina & Young, LLP
1300 Post Oak Blvd., Suite 1750
Houston, TX 77056

_____