UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JEFF STORIE, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. CIV-07-1297-R |
| GRAINBELT CORPORATION, | ) ) | |
| Defendant. | ) ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

All matters and controversies having now been settled, come now the parties, and jointly agree to the dismissal of this matter with prejudice, each party to bear its own costs.

Jeffrey Storie

TAVORMINA & YOUNG.

By
Steve Young
1300 Post Oak Blvd., Suite 1750
Houston, TX 77056
713-333-3070
713-333-3075 (facsimile)
Attorneys for Plaintiff

WILLIAMS VENKER & SANDERS, LLC

By_____
    Theodore J. Williams, Jr.  #24498
    100 N. Broadway
    21st Floor
    St. Louis, MO 63102
    (314) 345-5000
    (314) 345-5055 (facsimile)
    Attorneys for Defendant
    Grainbelt Corporation